

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2015

No. 04-14-00896-CV

Hugo **ALANIZ**,
Appellant

v.

Jose Maria **AGUIRRE**, Elias Aguirre Jr., Argelio Aguirre, Jose Guadalupe Aguirre,
and Elsa A. Lara,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-09-71
Honorable Jose Luis Garza, Judge Presiding

## O R D E R

      The court reporter responsible for preparing the reporter's record for this appeal, Mr. Julian G. Alderette, previously filed a four-volume reporter's record containing a master index, a transcript of proceedings held on August 8, 2013, a transcript of proceedings held on August 12, 2014, and an exhibit volume. The exhibit volume states that it includes the defendant's exhibits; however, it does not state the plaintiff's exhibits are included. Although some of the exhibits included in the exhibit volume appear to be exhibits that were offered and admitted as plaintiff's exhibits, it does not appear that all plaintiff's exhibits were included. It is therefore ORDERED that no later than ten days from the date of this order Mr. Alderette: (1) confirm in writing the numbering of the defendant's exhibits included in the fourth volume of the reporter's record or file a corrected exhibit volume; and (2) file a supplemental reporter's record containing the plaintiff's exhibits.

      It is so **ORDERED** on September 22, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court